IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| MABEY, INC. | ) | |
| 6770 Dorsey Road | ) | |
| Howard County, Maryland | ) | |
| Elkridge, Maryland 21075 | ) | |
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VALIANT ENERGY SERVICES, LLC, | ) | |
| 1 Commerce Street | ) | |
| Branchburg, New Jersey 08876 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**VERIFIED COMPLAINT FOR BREACH OF CONTRACT**

Plaintiff Mabey, Inc., by and through counsel, for its petition for breach of contract against defendant, Valiant Energy Services, LLC, hereby states as follows:

PARTIES

1. Mabey, Inc. ("Plaintiff") is a Delaware corporation with its principal place of business at 6770 Dorsey Road, Elkridge, Maryland 21075. Plaintiff is a citizen of Delaware and Maryland.

2. Valiant Energy Services, LLC ("Defendant") is a New Jersey limited liability company with its principal place of business at 1 Commerce Street, Branchburg, New Jersey 08876. Defendant may be served with process through its registered agent, Brian Leary, at 1 Commerce Street, Branchburg, New Jersey 08876.

3. Defendant has the following members, all of which are, upon best information and belief, citizens of New Jersey: Nelson Ferreira, Brian Leary, Matthew Petrizzo, Terrance Craig, and James Collins. Defendant is a citizen of New Jersey.

## JURISDICTION AND VENUE

4. The parties are of diverse citizenship.

5. The amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

6. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a).

7. Plaintiff operates within that geographical area known as the District of Maryland, specifically in Howard County, Maryland.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## GENERAL ALLEGATIONS

9. Plaintiff is in the business of designing, fabricating, and renting equipment for civil engineering and construction applications, including temporary roadway matting systems ("Matting Systems").

10. On or about November 1, 2016, Defendant applied for a line of credit with Plaintiff. A true and correct copy of Defendant's credit application is attached hereto as **Exhibit A** and incorporated herein by this reference.

11. Plaintiff opened an account for Defendant, which allowed to Defendant rent certain Matting Systems on credit, subject to standard terms and conditions. A true and correct copy of the terms and conditions is attached hereto as **Exhibit B** and incorporated herein by this reference.

12. Plaintiff did in fact rent to Defendant certain Matting Systems.

13. Beginning in May of 2017, Plaintiff issued invoices to Defendant for those rentals and those invoices have gone unpaid (hereinafter the "Unpaid Invoices"). A true and correct copy of the list of Unpaid Invoices is attached hereto as **Exhibit C** and incorporated herein by this reference.

14. In July of 2017, Defendant had an outstanding balance of approximately $326,887.52.

15. Plaintiff made demand on Defendant for the amounts due and owing.

16. From July 26, 2017 to September 29, 2017, Defendant made four payments in the amount of $50,000, bringing the outstanding balance to $126,887.52.

17. Subsequently, Plaintiff has made demand on Defendant for the outstanding $126,887.52 due and owing, under the Unpaid Invoices, but Defendant did not remit payment.

18. On or about January 2, 2017, Plaintiff, though counsel, issued a final demand letter for payment of the amounts due and owing under the terms and conditions and Unpaid Invoices. A true and correct copy of the Demand Letter is attached hereto as **Exhibit D** and incorporated herein by this reference.

19. The amount due and owing by Defendant under the Unpaid Invoices is $126,887.52, and default interest is accruing at a rate of 12% per annum, pursuant to the terms and conditions. See **Exhibit B**, ¶ 9.

20. Defendant has failed to pay the balance due and owing.

21. The terms and conditions allow for the recovery of Plaintiff's reasonable attorneys' fees and costs of collection. See **Exhibit B**, ¶ 9.

22. Defendant has waived any and all rights to a jury trial. See **Exhibit B**, ¶ 17.

KCP-8325884-4

COUNT I

*Breach of Contract*

23.   Plaintiff refers to the preceding paragraphs 1-22 and incorporates said paragraphs by this reference as though set forth in full herein.

24.   Plaintiff and Defendant entered into a valid agreement as set forth in the terms and conditions and Unpaid Invoices governing the services provided to Defendant by Plaintiff.

25.   Plaintiff performed under the terms and conditions and Unpaid Invoices renting the Matting Systems to Defendant.

26.   Defendant breached its obligations under the terms and conditions and Unpaid Invoices by failing to pay the rental fees.

27.   Plaintiff has been damaged by Defendant's breach of terms and conditions and Unpaid Invoices in the amount of $126,887.52.

WHEREFORE, Plaintiff Mabey, Inc. respectfully requests that the Court enter judgment against Defendant Valiant Energy Services, LLC in an amount of $126,887.52, plus attorneys' fees and costs of collection, plus prejudgment interest; and any other and further relief as the Court may deem just and proper.

Dated this 7th day of March 2018.        Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ Brian P. Waagner
Brian P. Waagner
(Federal Bar No. 14954)
750 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 378-2355
Facsimile: (202) 378-2319
brian.waagner@huschblackwell.com

*Pro Hac Vice Motion to be Submitted*
Christopher C. Miles
(Missouri Bar. No. 63654)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
christopher.miles@huschblackwell.com

*Counsel for Mabey, Inc.*

## VERIFICATION

STATE OF MARYLAND )
) SS.
COUNTY OF HOWARD )

I, DANIEL P VIDMAR   CFO   for Mabey, Inc., being first duly sworn upon my oath, state that the facts contained in the foregoing are true and accurate to the best of my knowledge, information and belief.

By: _[signature: Daniel P Vidmar]_

The foregoing instrument was personally acknowledged under oath before me this 31 day of January 2018 by DANIEL VIDMAR,   CFO   for MABEY INC.

**David J. Huber**
NOTARY PUBLIC
Anne Arundel County
MARYLAND
MY COMMISSION EXPIRES March 09, 2021

_[signature]_ (Signature of Notary Public)